UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62568-CIV-ZLOCH

CHRISTIAN DESNOYERS,

    Plaintiff,

vs.                              **FINAL ORDER OF DISMISSAL**

AAA PROFESSIONAL SECURITY
SERVICES INC., JACKIE L. DULIN,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Motion For Approval Of Parties' Settlement Agreement In FLSA Action And Dismissal With Prejudice (DE 28) filed herein by all Parties. The Court has carefully reviewed said Motion, the Parties' Settlement Agreement (DE 28-1), and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Motion For Approval Of Parties' Settlement Agreement In FLSA Action And Dismissal With Prejudice (DE 28), filed herein by all Parties, be and the same is hereby **GRANTED**;

    2. Pursuant to Lynn's Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreement (DE 28-1) be and the same is hereby approved, adopted and ratified by the Court;

    3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court retains jurisdiction solely for the purpose of enforcing the terms of the Parties' Settlement Agreement (DE 28-1).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of June, 2016.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record